USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/28/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

PFIZER INC.,

                Plaintiff,

    v.                             Case No.: 14 CV 4659 (ALC)

MCNEIL-PPC, INC.,

                Defendant.

----------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(2)

Plaintiff Pfizer Inc. ("Pfizer") and defendant Johnson & Johnson Consumer Inc., formerly known as, McNeil-PPC, Inc. ("JJCI"), by their undersigned attorneys, have negotiated to reach the following compromise of their dispute in this action on the basis that the Court agrees to "So Order" this Stipulation and Order of Dismissal. With that understanding, the parties stipulate and agree as follows:

    1.    This Court has subject matter jurisdiction over the claims asserted by Pfizer, the counterclaims asserted by JJCI, and personal jurisdiction over Pfizer and JJCI. Venue properly lies in the Southern District of New York.

    2.    The parties' consensual agreement is as follows:

        A.    The Consent Final Judgment entered by Judge William C. Conner of this Court on March 31, 1989 in the litigation captioned *McNeilab, Inc. v. American Home Products Corporation*, Index No. 87 Civ. 3712 (the "Consent Final Judgment") shall not apply to advertising directed to healthcare professionals for Children's Advil, Infants' Advil, Junior Strength Advil, or any future Advil brand products labeled for ages 11 and under.

        B.    JJCI will not bring an action for contempt of court, or threaten such an action, based on an alleged breach of the Consent Final Judgment with respect to Pfizer's advertising directed to healthcare professionals for Children's Advil, Infants' Advil, Junior Strength Advil products, or any future Advil brand products labeled for ages 11 and under.

        C.    The Consent Final Judgment shall apply to advertising directed to consumers for Children's Advil, Infants' Advil, Junior Strength Advil, or any future Advil brand products labeled for ages 11 and under, and to any advertising, whether directed to healthcare professionals or consumers, for any Advil brand product labeled for ages 12 and up that contains 200 mg or more of ibuprofen per tablet, capsule, or other dosage form.

3.    Nothing in this Stipulation and Order of Dismissal shall in any way limit a party's ability to assert claims for false advertising under the Lanham Act or other applicable law, or to file a complaint with the National Advertising Division of the Council of Better Business Bureaus or the television networks.

4.    This Court shall retain jurisdiction over the parties and this action for purposes of enforcing the terms of this Stipulation and Order of Dismissal.

5.    In consideration of the mutual promises contained herein, the above-captioned action and all claims and counterclaims are hereby dismissed with prejudice, but subject to this Stipulation and Order, and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(2). This Stipulation and Order of Dismissal may be entered without further notice.

Dated: February 23, 2018

SIMPSON THACHER & BARTLETT LLP

By: /s/ Lynn Neuner

Lynn K. Neuner
William T. Russell, Jr.
Daniel J. Stujenske
425 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiff Pfizer Inc.*

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: /s/

Steven A. Zalesin
Travis J. Tu
1133 Avenue of the Americas
New York, NY 10036

*Attorneys for Johnson & Johnson Consumer Inc. f/k/a McNeil-PPC, Inc.*

SO ORDERED: /s/ Andrew L. Carter

Honorable Andrew L. Carter, Jr.
United States District Judge

2/28/2018